625

(Reap. Dec. 9648)

MASONITE COMPANY OF CANADA, LTD. *v*. UNITED STATES

Entry No. 472.

(Decided March 24, 1960)

*Sharretts, Paley & Carter* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

RAO, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties hereto, that the merchandise covered by the above named appeal for reappraisement, consists of Masonite Panelwood, Industrial grade, exported from Canada on or about October 12, 1956.

IT IS FURTHER STIPULATED AND AGREED that there is no foreign value, export value, or United States value as those terms are defined in sections 402(c), (d), and (e), respectively, of the Tariff Act of 1930, for such or similar merchandise and that the cost of production as defined in section 402(f) of said Act is $40.53 (Canadian funds) per thousand square feet.

IT IS FURTHER STIPULATED AND AGREED that this appeal for reappraisement be submitted on this stipulation.

On the agreed facts, I find cost of production, as that value is defined in section 402(f) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was $40.53 (Canadian funds) per thousand square feet.

Judgment will be entered accordingly.

(Reap. Dec. 9649)

AIRPORT CLEARANCE SERVICE *v*. UNITED STATES

Entry Nos. 468719; 464485.

(Decided March 30, 1960)

Plaintiff not represented by counsel.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: When the above-enumerated appeals for a reappraisement were called for hearing, there was no appearance on behalf of plaintiff.

An examination of the official records discloses no reason for disturbing the presumptively correct value for the merchandise found by the appraiser.

I, therefore, find and hold the proper dutiable value of the merchandise covered by said appeals to be the value found by the appraiser.

Judgment will be entered accordingly.

(Reap. Dec. 9650)

STANDARD SEWING EQUIPMENT CORP. *v.* UNITED STATES

Entry Nos. 1030057 ; 1035401.

(Decided March 30, 1960)

Plaintiff not represented by counsel.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: When the above-enumerated appeals for a reappraisement were called for hearing, there was no appearance on behalf of plaintiff.

An examination of the official records discloses no reason for disturbing the presumptively correct value for the merchandise found by the appraiser.

I, therefore, find and hold the proper dutiable value of the merchandise covered by said appeals to be the value found by the appraiser.

Judgment will be entered accordingly.

REHEARING MOTION GRANTED

MARCH 30, 1960

Reap. Dec. 9651.—Peerless Camera Stores Corp. *v.* United States, reappraisements R59/12921 and R59/12922.— Motion by plaintiff.

(Reap. Dec. 9652)

UNITED STATES *v.* RAFAEL FERRAN MARTINEZ, A/C PABLO CEDENO

Entry No. 6370.